**WHITE AND WILLIAMS LLP**
7 Times Square, Suite 2900
New York, New York 10036-6524
Telephone: (212) 244-9500
Facsimile: (212) 244-6200
Stuart J. Wells, Esq.
*Attorneys for Creditor X-Clearing Corp.*
*n/k/a Somerset Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MADISON STOCK TRANSFER INC. | Case No. 19-23364-RDD |
| Debtor | |

## NOTICE OF ENTRY

Attached hereto as Exhibit A is a true and accurate copy of an Order [Doc. No. 18] entered on the docket in this matter on October 16, 2019 with respect to the motion [Doc. No. 5] of creditor X-Clearing Corp. n/k/a as Somerset Capital Ltd. for Rule 2004 discovery of the Debtor and other parties.

        **WHITE AND WILLIAMS LLP**

        By: /s/ Stuart J. Wells
            7 Times Square
            New York, New York 10036-6524

            *Attorneys for Creditor X-Clearing Corp.,*
            *n/k/a Somerset Capital Ltd.*

Notice to:  Vince F. Sykes, Esq. (Via ECF)
              Sykes Law Firm, PC
              8 Carbery Court, Suite 1A
              Pomona, New York 10970
              *Attorney for the Debtor*

23613315v.1

Madison Stock Transfer, Inc. (Via regular mail)
75 N. Main Street
Spring Valley, New York 10977-4998
*Debtor*

New York Community Bank, f/k/a New York Commercial Bank (Via regular mail)
615 Merrick Avenue
Westbury, New York 11590

*Subpoenaed Third-Party*

JP Morgan Chase Bank, N.A.  (Via regular mail)
270 Park Avenue
New York, New York 10172

*Subpoenaed Third-Party*

HSBC Bank (Via regular mail)
425 Fifth Avenue
New York, New York 10018

*Subpoenaed Third-Party*

Robert Lubin, CPA (Via regular mail)
3603 Quentin Rd.
Brooklyn, New York 1123404203

*Subpoenaed Third-Party*